# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Austin Michael Kingsley
Catherine Jean Beenken-Fenning
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Minneapolis Police Department
Gabe Simon, Jennifer Jorgenson
Mark Fenning Defendant(s) Patrick Lingwall
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 26-cv-3546 NEB/DJF
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

RECEIVED
AUG 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
**(28 U.S.C. § 1332; Diversity of Citizenship)**

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Catherine Jean Beenken-Fenning, Austin M Kingsley |
| Street Address | 907 20th Ave NE |
| City and County | Minneapolis Hennepin County |
| State and Zip Code | Minnesota 55418 |
| Telephone Number | 763-215-8003 |
| E-mail Address | Cathyiscase@hotmail.com |

**B. The Defendant(s)**

SCANNED
AUG 0 6 2026
U.S. DISTRICT COURT MPLS

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Minneapolis Police Department |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Gabe Simon |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jennifer Jorgenson |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Mark Ferning, Patricia Lingwall |
| Job or Title *(if known)* | |
| Street Address | 1018 20th Ave NE |
| City and County | Minneapolis Hennepin County |
| State and Zip Code | Minnesota 55418 |
| Telephone Number | 612 789-7269 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual Austin Kingsley
   The plaintiff, *(name)* Catherine Beenken-Fenning, is a citizen of the State of *(name)* Minnesota.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* ____________, is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* ____________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual Gabe Simon, Jennifer Jorgenson
   The defendant, *(name)* Mark Fenning, Patricia Lingwall, is a citizen of the State of *(name)* Minnesota. Or is a citizen of *(foreign nation)* ____________.

2. If the defendant is a corporation
   The defendant, *(name)* Minneapolis Police Department, is incorporated under the laws of the State of *(name)* Minnesota, and has its principal place of business in the State of *(name)* Minnesota. Or is incorporated under the laws of *(foreign nation)* ____________, and has its principal place of business in *(name)* ____________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Jewlery, Stones, agates, Cash, Bank accounts 2004 Acura TL, Clothes, homes, assets, properties Bail money

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* Minneapolis Police Department, Mark Ferman, Gabe Simon, Jennifer Jorgenson Patricia Lingwall, owes the plaintiff *(specify the amount)* $ ________, because *(use one or more of the following, as appropriate)*:

### A. On a Promissory Note

On *(date)* ________, the defendant signed and delivered a note promising to pay the plaintiff on *(date)* ________ the sum of *(specify the amount)* $ ________ with interest at the rate of *(specify the amount)* ________ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ ________. A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

### B. On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ ________. This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit–card company and a credit–card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ ________. Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

Jennifer Jorgenson, has taken (stolen) money & used on so many different occasions and never payed any money Back cause of her game (gaslighting) and Officer Simon also owes But I have lost $1800 a month out of my account since 2020

Gabe Simon - Same as above

Mark Fenning & Patricia Lingwall - owes for $1200 for bail Plus have multiple rare coins diamond earrings other very valuable coins & Jewelry

Minneapolis Police department - were suing for all the none delivery of restraining orders stating that there is no restraining orders and telling Mark Allen Fenning where we are located and not charging him or locking him up when it states ... in Jail or Prison for GASLIGHTING for Death of our family and Posting this on the Dark Web ... Project name is UNKNOWN, not doing there job & I found out from Sibley County that I have a US Domestic Abuse Restraining Order never delivered any of my DANCO's either they dont protect us and Catherial ... homeless Staying at Boom Island under the Plymouth Bridge and they have Police Officers stationed all over there they have raped 3 under age girls on 08/03/2026 they had 2 12yrs old girls they allow people their confidential Informaments to shoot at us with Their guns and Jenny & Mark are the shooters like on 06/04/2026 2 loud Shots and Police do not ever respond they were stating they shot Austin Michael Kingsley on many different occasions also had the Medical Examiner to email Stating AMK was in the morgue and I would have his Date Request in 8-12weeks

**C. For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ Ø, for goods sold and delivered by the plaintiff to the defendant from *(date)* ______ to *(date)* present.

**D. For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ Ø, for money the plaintiff loaned the defendant on *(date)* Ø.

**E. For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ Ø for money paid by mistake to the defendant on *(date)* Ø, when the defendant received the payment from *(specify who paid and describe the circumstances of the payment)*

**F. For Money Had and Received**

The defendant was paid money *(specify the amount)* $ [scribbled out] on *(date)* [scribbled out] by *(identify who paid and describe the circumstances of the payment)*

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned)* for some its only the right thing to do and stealing someones bank card is illegal even for a cop

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Something in the range of what they owe or what the Judge feels is just for this

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/05/2026

Signature of Plaintiff Catherine J Beenken-Fenning, Austin M Kingsley

Printed Name of Plaintiff Catherine J Beenken Fenning Austin M Kingsley

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________