AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☒ APPEAL | | COURT NAME AND LOCATION<br>Hennepin County Courthouse<br>Mn Court of Appealants |
|---|---|---|
| DOCKET NO. | DATE FILED<br>08/03/2026 | |
| PLAINTIFF<br>Catherine Jean Boonkon-Emmons<br>Austin Michael Kingsley | | DEFENDANT<br>State of Minnesota / William Siegler/Jensen<br>Court of Appeals<br>Minneapolis Police Department<br>Sharon Compton |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 A26-0943 | Appeals Case | |
| 2 27-GC-PR-24-433 | Guardian / Probate / Housing | |
| 3 27-CR-25-9467 | Criminal Credit Card Fraud | |
| 4 72-CR-26-104 | Criminal DWI | |
| 5 | | |

RECEIVED
AUG 06 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

In the above-entitled case, the following copyright(s) have been included: I also have a Court MS

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☒ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | No Answers in any | of the |
| 2 Cases just | death threats to all | my family + |
| 3 Self from | Police + their Confidential | Informants |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |
| CLERK<br>I have 0 answers | (BY) DEPUTY CLERK | DATE |

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights

**DISTRIBUTION:**

4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

SCANNED
AUG 0 6 2026
U.S. DISTRICT COURT MPLS