**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AUSTIN MICHAEL KINGSLEY; and CATHERINE JEAN BENKEN-FENNING,

Plaintiffs,

v.

MINNEAPOLIS POLICE DEPARTMENT, GABE SIMON, JENNIFER JORGENSON, MARK FENNING, and PATRICIA LINGWALL,

Defendants.

Case No. 26-CV-3546 (NEB/DJF)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

The Court has received the September 4, 2026 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 3.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 3) is ACCEPTED; and

2. The action is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 6, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge